UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CIVIL ACTION NO. 09-192-JBC**

**ALBERTA KATHERINE WHALEN,** **PLAINTIFF,**

**V.** **JUDGMENT**

**LORD & MOSES, LLC,** **DEFENDANT.**

\* \* \* \* \* \* \* \* \* \*

The court having determined as a matter of law that the plaintiff signed an enforceable arbitration agreement that does not exclude claims for wrongful discharge and there being no statutory or contractual provision that entitles the defendant to costs or attorney fees,

**IT IS ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Lord & Moses, LLC, its motion to dismiss for lack of subject-matter jurisdiction having been granted;

(2) The parties shall proceed to arbitration pursuant to the terms of the Agreement;

(3) Judgment is entered against Lord & Moses, LLC's claim for attorney fees and costs;

(4) There being no just cause for delay in its entry, this order is **FINAL** and **APPEALABLE**; and

(5) This case is **STRICKEN** from the court's active docket.

Signed on November 9, 2009

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY